

U.S. Department of Justice

Federal Bureau of Prisons

*Federal Medical Center, Devens*

P.O. Box 880
Ayer, MA 01432

August 2, 2006

The Honorable David N. Hurd
United States District Judge
Northern District of New York
The Atrium, Suite 370
2 Clinton Square
Syracuse, New York 13202-1046

RE: SLATER, Carl E. Jr. -  Register Number: 12109-052
                          Docket Number: 1:03-CR-300-001

Dear Judge Hurd:

I am writing to advise you of the death of Carl E. Slater, Jr., who was confined at this institution. Mr. Slater died of multiple organ failure on Friday, July 28, 2006.

Mr. Slater was sentenced in your court on January 23, 2004, to an 87 month sentence for Coercion and Enticement and Possession of Child Pornography. He was scheduled to be released on June 22, 2010, via Good Conduct Time (GCT) Release.

Mr. Slater was designated to this facility on March 2, 2004. He had a history of Gastroesophageal Reflux Disease (GERD), Hyperlipidemia, Chronic Idiopathic Urticaria, Irritable Bowel Syndrome (IBS), Heart Murmur and L4-L5 Disc Disease. On July 1, 2006, he was transported to the local community hospital for an acute abdomen. Mr. Slater was then transferred to the University of Massachusetts Medical Center (UMMC) the following day due to Necrotizing Pancreatitis. He was later transferred to the Intensive Care Unit (ICU) where he required intubation as he condition continued to deteriorate. Mr. Slater was placed on the Critical Ill list and his family was allowed to visit him. On July 28, 2006, his family agreed to Comfort Measures only and he was pronounced dead at approximately 12:28 p.m. from multiple organ failure. The Medical examiner has been notified for an autopsy.

We have taken the necessary measures to notify the "next of kin" and appropriate agencies. If further information is needed, please do not hesitate to contact us.

Sincerely,

David L. Winn
Warden

CC:   D. Scott Dodrill, Northeast Regional Director
      Paul W. DeFelice, Chief U.S. Probation Officer, Northern District of New York
      Glenn T. Suddaby, U.S. Attorney, Northern District of New York